1  McGREGOR W. SCOTT
   United States Attorney
2  VINCENZA RABENN
   KEVIN KHASIGIAN
3  Assistant United States Attorney
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

**SEALED**

**FILED**

AUG 14 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

6
   Attorneys for Plaintiff
7  United States of America

8
                    IN THE UNITED STATES DISTRICT COURT
9
                      EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,            CASE NO. 2:19-MJ 0128-____ EFB

12              Plaintiff,
                                        [PROPOSED] ORDER RE: REQUEST TO SEAL
13                                      DOCUMENTS
   MANISH PATEL,
14                                      **UNDER SEAL**
                Defendat,
15

16
                              **SEALING ORDER**
17
       Upon application of the United States of America and good cause having been shown, IT IS
18
   HEREBY ORDERED that the Complaint, Arrest Warrant, and supporting affidavit in the above-
19
   captioned case shall be filed under seal and shall not be disclosed to any person, unless otherwise
20
   ordered by this Court.
21

22 Dated: 8-14-2019

23                                      _____
                                        Hon. Edmund F. Brennan
24                                      U.S. MAGISTRATE JUDGE

25
26
27
28

SEALING ORDER