1  McGREGOR W. SCOTT
   United States Attorney
2  VINCENZA RABENN
   KEVIN C. KHASIGIAN
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

6
   Attorneys for Plaintiff
7  United States of America

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,

12 |         Plaintiff,                  CASE NO. 2:19-MJ-0128 EFB

13 |     v.                              [PROPOSED] ORDER TO FILE REDACTED
                                         COPY OF ~~INDICTMENT~~ Complaint
14 | MANISH PATEL,

15 |         Defendants.

16

17     The government's motion to unseal the above-referenced case, keep the complaint sealed, and

18  file a redacted copy of the sealed complaint is GRANTED.

19  Dated: August 15, 2019

20
                                         _____
21                                       HON. EDMUND F. BRENNAN
                                         United States Magistrate Judge
22

23

24

25

26

27

28

MOTION TO FILE REDACTED COPY OF COMPLAINT