McGREGOR W. SCOTT
United States Attorney
VINCENZA RABENN
KEVIN KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:19-MJ-00128-EFB |
|---|---|
| Plaintiff, | ORDER FOR EXTENSION OF TIME FOR GOVERNMENT TO FILE RESPONSE TO DEFENDANT'S OPPOSITION |
| v. | |
| MANISH PATEL, | DATE: August 29, 2019 |
| Defendant. | TIME: 2:00 p.m. |
| | COURT: Hon. Kendall J. Newman |

The Court has read and considered the Stipulation for Extension of Time for the Government to File its Response to Defendant's Opposition on the Issue of Detention, filed by the parties in this matter on August 28, 2019. The Court hereby finds that the Stipulation demonstrates good cause for a 1 day extension of time for the government to file its response. The government's response, if any, shall be due by 3:00 p.m. on August 29, 2019.

IT IS SO ORDERED.

Dated: August 28, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE