McGREGOR W. SCOTT
United States Attorney
VINCENZA RABENN
KEVIN KHASIGIAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>MANISH PATEL,<br><br>                    Defendant. | CASE NO. 2:19-MJ-00128-EFB<br><br>STIPULATION CONTINUING DETENTION HEARING; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: September 6, 2019<br>TIME: 2 p.m.<br>COURT: Hon. Kendall J. Newman |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for a detention hearing on September 6, 2019.

2.     By this stipulation, defendant now moves to continue the detention hearing until September 17, 2019.

3.     The parties agree and stipulate, and request that the Court find the following:

      a)     A detention hearing was held by this Court on August 30, 2019. At that hearing, the Court requested that the defendant provide additional information to the Government and Pretrial Services. This Court further ordered the Government to file a summary of the documents provided by the defendant. This Court ordered the Detention Hearing continued to September 6, 2019 at 02:00 PM.

1    b)    Counsel for defendant desires additional time to provide the requested documents

2  to the government, and requests that the detention hearing be continued to September 17, 2019 at

3  2 PM, before this Court.

4    c)    Counsel for defendant believes that failure to grant the above-requested

5  continuance would deny him/her the reasonable time necessary for effective preparation, taking

6  into account the exercise of due diligence.

7    d)    The government does not object to the continuance, however, as a result of the

8  continuance the government is also requesting additional time to file the summary of the

9  documents provided by the defendant. The government requests that the deadline for filing this

10  summary be September 16, 2019 at 12:00 PM.

11    e)    Time has previously been excluded in this case until October 3, 2019.

12    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

13  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

14  must commence.

15    IT IS SO STIPULATED.

16

17

18  Dated:  September 5, 2019                    McGREGOR W. SCOTT
                                                 United States Attorney

19

20                                               /s/ VINCENZA RABENN
                                                 VINCENZA RABENN
21                                               Assistant United States Attorney

22

23  Dated:  September 5, 2019                    /s/ VIKAS BAJAJ
                                                 VIKAS BAJAJ
24                                               Counsel for Defendant
                                                 MANISH PATEL

25

26

27

28

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 5th day of September, 2019.  The Detention Hearing on September 6, 2019, shall be continued to September 17, 2019, at 2:00 P.M.  in Courtroom 24 <u>Before Magistrate Judge Kendall J. Newman.</u> The government shall file its brief before September 16, 2019, at 12:00 P.M.

**DATED:** September 5, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE