UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 18, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MANISH PATEL,

Defendant.

Case No. 2:19-mj-00128-EFB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release MANISH PATEL

Case No. 2:19-mj-00128-EFB  Charges 21 USC § 846, 841(a)(1) from custody for the following reasons:

\_\_\_\_  Release on Personal Recognizance

__X__  Bail Posted in the Sum of $   $330,000

__X__  Unsecured Appearance Bond $  250,000 co-signed by Minal Patel and Ghanshyam Patel to be replaced by posting of $170,000 secured property bond

__X__  $80,000 in cash to be secured by the funds from the retirement accounts belonging to his mother, Minal Patel and brother-in-law, Ghanshyam Patel

\_\_\_\_  Appearance Bond with Surety

\_\_\_\_  Corporate Surety Bail Bond

__X__  (Other): Defendant to be released on the next working day (9/19/2019) at 9:00 AM after the posting of the

<u>$80,000 cash and unsecured appearance bond (cash and unsecured bond received on 9/18/2019). Pretrial Supervision conditions as stated on the record in open court.</u>

Issued at Sacramento, California on September 18, 2019 at 1:28 PM

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE