MCGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
VINCENZA RABENN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 19-MJ-00128 |
|---|---|
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME |
| v. | |
| MANISH PATEL, | DATE: December 10, 2019 |
| Defendants. | TIME: 2:00 p.m. |
| | COURT: Hon. Edmund F. Brennan |

  Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorneys VINCENZA RABENN and KEVIN C. KHASIGIAN, and defendant MANISH PATEL, both individually and by and through his counsel of record, VIKAS BAJAJ, hereby stipulate as follows:

  1. The Complaint in this case was filed on August 14, 2019, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on August 15, 2019. A preliminary hearing date in the case is currently scheduled on December 10, 2019.

  2. By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to February 25, 2020, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between December 10, 2019, and February 25, 2020, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated:  November 29, 2019                          McGREGOR W. SCOTT
                                                   United States Attorney


                                                   /s/ KEVIN C. KHASIGIAN
                                                   VINCENZA RABENN
                                                   KEVIN KHASIGIAN
                                                   Assistant United States Attorney


Dated:  November 29, 2019                          /s/ Vikas Bajaj
                                                   VIKAS BAJAJ
                                                   Counsel for Defendant
                                                   MANISH PATEL


**[PROPOSED] FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 2nd day of December, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STIPULATION

2