**VIKAS BAJAJ**
Law Office of Vikas Bajaj, APC
1230 Columbia Street, Suite 565
San Diego, California 92101
Telephone: (619) 525-7005
Facsimile: (619) 232-0001
vbajaj@bajajlaw.com
California State Bar No: 216464

Attorney for Defendant:
**MANISH PATEL**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff,<br><br>v.<br><br>**MANISH PATEL.**<br><br>Defendant. | **CASE NO.: 19-MJ-0128-EFB**<br><br>**STIPULATION AND ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |

   IT IS HEREBY STIPULATED by and between the Plaintiff, the United States of America by and through its counsel, Kevin Khasigian, Assistant United States Attorney, and the defendant, MANISH PATEL, by and through his attorney Vikas Bajaj, that the conditions of pretrial release are hereby modified to allow Defendant to travel to New Jersey from December 20, 2019 through January 5, 2020. Defendant is also authorized to make day trips to his office in New York.

   During Defendant's travel, he will be staying at 352 Middlesex Avenue, Colonia, New Jersey 07067. Defendant's office is located at 37 West 26th Street, Room 1209, New York, New York 10010. Defendant is to have his location monitoring transmitter removed by United States Pretrial Services by 4:00 p.m. on

December 19, 2019. While Defendant is traveling in New Jersey, United States Pretrial Services will not monitor Defendant through location monitoring. Upon Defendant's return to the Eastern District of California on January 5, 2020, he will have the location monitoring transmitter reinstalled within the close of business on January 6, 2020. United States Pretrial Services has been made aware of this stipulation.

Date: December 18, 2019             Respectfully Submitted,


                                    /s/ Vikas Bajaj
                                    **VIKAS BAJAJ**
                                    Attorney for Defendant
                                    **MANISH PATEL**


                                    /s/ Kevin Khasigian
                                    **KEVIN KHASIGIAN**
                                    Assistant United States Attorney


**ORDER**

       IT IS SO ORDERED.

Dated:  December 18, 2019

                                    _____
                                    DEBORAH BARNES
                                    UNITED STATES MAGISTRATE JUDGE