# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA
## PRETRIAL SERVICES VIOLATION PETITION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br><br>**Manish Patel** | **Docket No.** 2:19-MJ-00128-EFB-1<br>**Federal Charges**: 21:846, 841(a)(1)-Conspiracy to Possess with Intent to distribute Marijuana Plants and Tetrahydrocannabinoids Contained in Hashish Oil;<br>21:841(a)(1)-Possession with Intent to Distribute Marijuana Plants and Tetrahydrocannabinoids Contained in Hashish Oil |

**COMES NOW,** Renee M. Basurto Pretrial Services Officer of the Court, presenting an official report upon the conduct of Manish Patel, who was placed on bond by the Honorable Kendall J. Newman sitting in the Court at Sacramento, California, on September 17, 2019, who imposed the following RELEVANT condition(s) of pretrial release which are at issue in this report:

**RELEVANT CONDITION(S):** 1.You shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer.
CURFEW: You must remain inside your residence every day from 7:00pm to 7:00am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

**ALLEGED VIOLATION CONDUCT:** On January 19, 2020, the defendant failed to return home by his court ordered curfew time of 7:00pm. Mr. Manish returned to his home at 7:55pm. Mr. Manish did not have permission to return home 55 minutes late on this date.

**PRAYING THAT THE COURT WILL ORDER** a violation hearing before the Duty Magistrate Judge at 2:00pm on January 27, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Renee M. Basurto

Dated: January 24, 2020         U.S. Pretrial Services Officer

## ORDER

☐ The Court hereby orders a bench warrant be issued for the arrest of the defendant.
☐ The Court hereby orders this ex parte motion and order be sealed.
☐ The Court orders a summons be issued with an appearance date of         .
☒ The Court hereby orders this matter placed on this court's calendar on January 27, 2020 at 2:00 p.m., and orders the Pretrial Services officer to contact the defendant and/or attorney of record to advise them of said order.
☐ The Court orders no action be taken.
☐ Petition submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) before me.

Kendall J. Newman

Dated: January 24, 2020         UNITED STATES MAGISTRATE JUDGE