UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff,<br>v.<br>**MANISH PATEL.**<br>Defendant. | CASE NO.: 2:19-MJ-0128-EFB<br><br>**ORDER GRANTING THE ALLOWANCE OF A CASH BOND TO SUBSTITUTE FOR PROPERTY BOND** |

## **ORDER**

Based on the parties' stipulation, IT IS HEREBY ORDERED that the $170,000.00 property bond posted in this case may be substituted by a cash bond in the amount of $170,000.00. Upon posting of the $170,000.00 cash bond, the property bond shall be exonerated and the clerk shall prepare a substitution of trustee and full reconveyance, which will convey the deed of trust to Surety-Title. All other terms and conditions of pretrial release are to remain in effect.

Dated: March 12, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1