# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff,<br><br>v.<br><br>**MANISH PATEL.**<br>Defendant. | **CASE NO.: 20-CR-000085-TLN**<br><br>**ORDER MODIFYING DEFENDANT'S PRETRIAL RELEASE CONDITIONS** |

Based on the parties' stipulation, IT IS HEREBY ORDERED that the conditions of Mr. Patel's pretrial release be modified to authorize Mr. Patel to reside in the State of New Jersey and permit Mr. Patel to travel to New York, New York for the purposes of work.

Dated:  January 26, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE