**VIKAS BAJAJ**
Law Office of Vikas Bajaj, APC
1230 Columbia Street, Suite 565
San Diego, California 92101
Telephone: (619) 525-7005
Facsimile: (619) 232-0001
vbajaj@bajajlaw.com
California State Bar No: 216464

Attorney for Defendant:
**MANISH PATEL**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MANISH PATEL <br><br> Defendant. | Case No.: 2:20-CR-00085-TLN <br><br><br> **STIPULATION AND ORDER TO CONTINUE STATUS HEARING** |

    Plaintiff United States of America, by and through its attorney, Assistant United States Attorney MICHAEL D. ANDERSON, and defendant MANISH PATEL, both individually and through his counsel of record, VIKAS BAJAJ, hereby stipulate as follows:

1. Mr. Patel entered a Not Guilty Plea on the Indictment in this case on June 19, 2020.  A Status Hearing is currently set for October 7, 2021.

1

2. By this stipulation, the parties jointly move for an exclusion of time for the Status Hearing date until December 16, 2021 at 9:30 a.m. before the Honorable Troy L. Nunley.

3. The parties agree and stipulate, and ask that the Court find as follows:

    a. The Government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form, and additional materials.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b. Counsel for Defendant desires additional time to consult with his client, review the current charges, conduct investigation, review discovery, prepare pretrial motions, and to otherwise prepare for trial.

    c. Counsel for Defendant has been working diligently through the necessary issues and believes that failure to grant the requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d. The Government does not object to the continuance.

4. Based on the above-stated findings, the ends of justice are served by an exclusion of time, and continuing the case as requested outweighs the interests of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

5. The parties agree that good cause exists for the exclusion of time, and that the exclusion of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that time between October 7, 2021 and December 16, 2021, be excluded pursuant to 18 U.S.C. section 3161(h)(7)(A), Local Code T-4.

///

///

1 | DATED: October 4, 2021        Respectfully Submitted,

                                          */s/ Vikas Bajaj*
                                          **VIKAS BAJAJ**
                                          Attorneys for Defendant
                                          **MANISH PATEL**

DATED: October 4, 2021        */s/ Michael D. Anderson*
                                          **MICHAEL D. ANDERSON**
                                          Assistant United States Attorney

## ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED that the Status Hearing set for October 7, 2021 at 9:30 a.m. be continued to December 16, 2021 at 9:30 a.m. and time between October 7, 2021 and December 16, 2021, shall be excluded from calculation pursuant to 18 U.S.C. section 3161(h)(7)(A).

DATED: October 5. 2021

                                Troy L. Nunley
                                United States District Judge