**VIKAS BAJAJ**
Law Office of Vikas Bajaj, APC
2150 1st Avenue, Suite 200
San Diego, California 92101
Telephone: (619) 525-7005
Facsimile: (619) 232-0001
vbajaj@bajajlaw.com
California State Bar No: 216464

Attorney for Defendant:
**MANISH PATEL**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **MANISH PATEL** Defendant. | Case No.: 2:20-CR-00085-TLN **STIPULATION AND ORDER TO CONTINUE STATUS HEARING** |

Plaintiff United States of America, by and through its attorney, Assistant United States Attorney MICHAEL D. ANDERSON, and defendant MANISH PATEL, both individually and through his counsel of record, VIKAS BAJAJ, hereby stipulate as follows:

1. Mr. Patel entered a Not Guilty Plea on the Indictment in this case on June 19, 2020.  A Status Hearing is currently set for January 6, 2022.
2. By this stipulation, the parties jointly move for an exclusion of time for the Status Hearing date until March 3, 2022 before the Honorable Troy L. Nunley.

3. The parties agree and stipulate, and ask that the Court find as follows:
   a. The Government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form, and additional materials. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Additional discovery will be provided by the Government, such as Mr. Patel's prior statements.
   b. Counsel for Defendant desires additional time to consult with his client, review the current charges, continue conduct investigation, review discovery, prepare pretrial motions, and to otherwise prepare for trial. Defense counsel is continuing to review the discovery in order to prepare for trial.
   c. The parties anticipate setting a trial date during the new status hearing on March 3, 2022.
   d. Counsel for Defendant believes that failure to grant the requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
   e. The Government joins in this continuance.
4. Based on the above-stated findings, the ends of justice are served by an exclusion of time and continuing the case as requested outweighs the interests of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.
5. The parties agree that good cause exists for the exclusion of time, and that the exclusion of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that time between February 3, 2022 and March 3, 2022, be excluded pursuant to 18 U.S.C. section 3161(h)(7)(A), Local Code T-4.

1 | DATED: February 2, 2022  Respectfully Submitted,

2

3 | _/s/ Vikas Bajaj_ _____
**VIKAS BAJAJ**
4 | Attorneys for Defendant
**MANISH PATEL**
5

6
DATED: February 2, 2022  _/s/ Michael D. Anderson_ _____
7 | **MICHAEL D. ANDERSON**
Assistant United States Attorney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**ORDER**

Based on the parties' stipulation, IT IS HEREBY ORDERED that the Status Hearing set for February 3, 2022 at 9:30 a.m. is to be continued to March 3, 2022 at 9:30 a.m.. Time between February 3, 2022 and March 3, 2022, shall be excluded from calculation pursuant to 18 U.S.C. section 3161(h)(7)(A).

DATED: February 3, 2022

Troy L. Nunley
United States District Judge