PHILLIP A. TALBERT
United States Attorney
ROBERT C. ABENDROTH
AARON D. PENNEKAMP
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>MANISH PATEL,<br><br>　　　　　　　　Defendant. | CASE NO. 2:20-CR-00085-TLN<br><br>ORDER GRANTING UNOPPOSED MOTION TO DISMISS INDICTMENT AND FOR RETURN OF PROPERTY<br><br>DATE: September 7, 2023<br>COURT: Hon. Troy L. Nunley |

　　　The United States has filed an unopposed motion to dismiss the pending indictment concerning defendant Manish Patel and requested an order allowing the Clerk of Court to return Manish Patel's passport held as a condition of Manish Patel's pretrial release. Upon review of the government's motion, and for the reasons stated therein, it is HEREBY ORDERED that the indictment concerning defendant Manish Patel that was filed as Docket No. 52 on June 18, 2020 is DISMISSED WITHOUT PREJUDICE.

　　　It is HEREBY FURTHER ORDERED that the Clerk of Court shall return to Manish Patel his passport.

DATED: September 8, 2023

Troy L. Nunley
United States District Judge

ORDER

1