UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff,<br><br>v.<br><br>**MANISH PATEL**<br>Defendant. | **CASE NO.: 2:20-CR-0085-TLN**<br><br>**ORDER TO CLOSE INTEREST BEARING ACCOUNT AND DISBURSE FUNDS** |

## ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the Clerk release the amount of $250,000.00 (Two Hundred Fifty Thousand Dollars), plus interest, from the interest-bearing account in the above-entitled case to and in the name of:

1. Manish Patel, 352 Middlesex Avenue, Colonia, New Jersey 07067

**IT IS FURTHER ORDERED** that the Clerk is authorized to deduct a fee for the handling of all funds deposited with the court and held in interest bearing accounts or instruments. The fee must be equal to that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office of the United States Courts.

**IT IS SO ORDERED**

Dated: September 15, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1