UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>MANISH PATEL<br><br>Defendant. | CASE NO.: 20-CR-00085-TLN<br><br>**ORDER TO CLOSE INTEREST BEARING ACCOUNT AND DISBURSE FUNDS** |
|---|---|

# ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the Clerk release the amount of $250,000.00 (Two Hundred Fifty Thousand Dollars), plus interest, from the interest-bearing account in the above-entitled case to the sureties as follows:

1. $40,000 plus any accrued interest to be returned to Ghanshyam K. Patel,
2. $40,000 plus any accrued interest to be returned to Minal Patel, and
3. $170,000 to be returned to Surety Title Company, LLC.

**IT IS FURTHER ORDERED** that the Clerk is authorized to deduct a fee for the handling of all funds deposited with the court and held in interest bearing accounts or instruments. The fee must be equal to that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office of the United States Courts.

**IT IS SO ORDERED**

Dated: December 21, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE